UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND          DIVISION

STEVEN DAWAYNE WILLIS

*(Enter full name of plaintiff)*

Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:22-cv-00047-JR
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☐ Yes    ■ No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**
Name: STEVEN DAWAYNE WILLIS
Street Address: 11540 NE INVERNESS DR.
City, State & Zip Code: PORTLAND, OR. 97220
Telephone No.: _____

Complaint for Violation of Civil Rights (Prisoner Complaint)                    1
[Rev. 01/2018]

**Defendant No. 1**   Name: FEDERAL BUREAU OF INVESTIGATION (PORTLAND 547 DIVISION)
Street Address: 9109 NE CASCADES PARKWAY
City, State & Zip Code: PORTLAND, OR. 97220
Telephone No.: _____

**Defendant No. 2**   Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

**Defendant No. 3**   Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

**Defendant No. 4**   Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

DUE PROCESS RIGHT(S) VIOLATION, 5th & 4th AM. VIOLATIONS, UNLAWFUL SEARCH & SEIZURE, INTIMIDATION, HARASSMENT, MENTAL ANGUISH, NEGLIGENCE

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

ON 12/14/2018 WHILE IN CUSTODY OF THE WASHINGTON COUNTY SHERIFFS OFFICE, AN AGENT FROM THE PORTLAND FBI MIRANDIZED ME IN A PRIVATE ROOM AND INTERROGATED ME FOR SOME TIME ABOUT MY HAVING POSESSION OF A U.S.S.S. BADGE I PURCHASED ON THE EBAY WEBSITE. I NEVER USED THE BADGE IN ANY MANNER UNLAWFULLY. THE BADGE WAS ONLY COLLECTIBLE MEMORABILIA. THE AGENTS LANGUAGE FRIGHTENED ME AS HE SAID, "IF THE F.B.I. CATCHES YOU IMPERSONATING A FEDERAL OFFICIAL YOU'RE GONNA REGRET IT WITH THE LOSS OF YOUR FREEDOM AND MAYBE OTHER LIBERTIES AS WELL." HE ALSO SAID, "YOU NEED TO MIND YOUR PLACE & REMEMBER WHERE YOU LIVE AT, YOU'RE IN A 'JUST US' STATE". THE AGENT BEING AN EMPLOYEE OF THE F.B.I. FOR THE U.S. GOVT. WAS NEGLIGENT IN HIS CAPACITY RESULTING IN MY CONSTITUTIONAL RIGHTS BEING VIOLATED.

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

_____

_____

_____

_____

_____

_____

### Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

_____

_____

_____

_____

_____

_____

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)   4
[Rev. 01/2018]

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes        ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I WANT THE DEFENDANT(S) HELD RESPONSIBLE & ACCOUNTABLE. I WANT A HAND WRITTEN LETTER OF APOLLOGY. I WANT THE DEFENDANT(S) TO PAY ANY AND ALL LAWYERS FEES & PERCENTAGES & ANY TAXES ON ANY & ALL MONEY(S) AWARDED. I WANT A GAG ORDER SO THE DEFENDANT(S) CAN'T DISCUSS ANY PART OF THE SUIT PERMANENTLY. I WANT ANY RECORD - OFFICIAL & UNOFFICIAL PERMANENTLY DELETED; REGARDING MY NAME &/OR SOCIAL SECURITY NUMBER FROM ALL FEDERAL/FBI DATA BASES & INTRANETS. I AM SEEKING TWO HUNDRED MILLION DOLLARS & TEN CENTS IN DAMAGES/COMPENSATION FOR INJURIES - FOR THE SINGLE CLAIM.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __6__ day of __JANUARY__, 20__22__.

_____
(Signature of Plaintiff)